# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-14-00177-CV

---

**S. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 12-FL-335, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant S.M. filed her notice of appeal on February 27, 2014. The reporter's record was due in this Court on March 10, 2014 and is overdue. The Court has been informed by Sheri Linder, the court reporter, that appellant has not designated the record on appeal and that is the reason no reporter's record has been filed.

Recent amendments to the rules of judicial administration require strict compliance with record and briefing deadlines. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). If appellant does not notify this Court that a designation for the reporter's record has been made, or otherwise respond to this notice on or before April 7, 2014, the Court will consider the appeal without the reporter's record. *See* Tex. R. App. P. 37.3(c). If the appeal is submitted for decision without a reporter's record, appellant will be ordered to file a brief on or

before <u>April 23, 2014.</u>  If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on April 3, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose